IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00646-RBJ

RUAG Switzerland Ltd., a Swiss corporation,

        Plaintiff,

v.

SEAKR Engineering, Inc., a Colorado corporation,

        Defendant.

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff and Defendant, by and through their respective attorneys, respectfully stipulate and agree that this action, and all claims, defenses and counterclaims that have been asserted or could have been asserted in this action between any of the parties, shall be dismissed with prejudice. The parties state that they have reached a settlement in this matter.

In accordance with Fed. R. Civ. P. 41(a)(1), this Stipulation has been signed by the attorneys for all parties who have appeared in this action. Each party has agreed to bear such party's own costs, expenses and attorneys' fees.

Dated: January 17, 2018

*s/ Scott R. Miller*
Scott R. Miller, Esq.
Sarah Blitz, Esq.
Judy Suwatanaponched, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
Telephone:  213.617.4177
Facsimile:  213.443.2817
Email: smiller@sheppardmullin.com

Attorneys for Plaintiff  RUAG Switzerland Ltd.


*s/ Kenzo Kawanabe*
Kenzo Kawanabe
Kyle Brenton
Claire E. Mueller
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO  80202
Telephone:  303.892.9400
Facsimile:  303.893.1379
E-mail: kenzo.kawanabe@dgslaw.com

Attorneys for Defendant SEAKR Engineering, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 17, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following email addresses:

Kenzo Kawanabe
kenzo.kawanabe@dgslaw.com

Kyle Brenton
kyle.brenton@dgslaw.com

Claire E. Mueller
claire.mueller@dgslaw.com

*s/ Kerry S. Tuszynski*
Kerry S. Tuszynski